

**MEMO ENDORSED**

October 16, 2024

Steven Zalesin
(212) 336-2110
sazalesin@pbwt.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2024
```

**BY ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Delvalle et al. v. The Coca-Cola Company*, No. 24-CV-6163

Dear Judge Caproni:

      We represent defendant The Coca-Cola Company ("Coca-Cola") in the above-referenced matter. We write on behalf of both parties to respectfully request an adjournment of the initial conference in this case scheduled for November 15, 2024 at 10 a.m. (ECF No. 13). This is the first request to adjourn the initial conference.

      On October 11, 2024, Your Honor granted the parties' joint request for a two-week extension of Plaintiffs' deadline to file their opposition to Coca-Cola's motion to dismiss, and a one-week extension of Coca-Cola's deadline to file its reply brief (ECF No. 18). Plaintiffs' opposition is now due November 6, 2024, and Coca-Cola's reply is due November 20, 2024. Accordingly, the parties request that the initial conference be moved to a date following the completion of briefing. The parties respectfully propose Friday, December 6, at 10 a.m. for the initial conference.

Respectfully submitted,

*/s/ Steven A. Zalesin*

Steven A. Zalesin

Patterson Belknap Webb & Tyler LLP   1133 Avenue of the Americas, New York, NY 10036   T 212.336.2000   F 212.336.2222

Application GRANTED.  The initial pretrial conference is ADJOURNED to **Friday, December 6, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The pre-conference joint letter is due **Wednesday, November 27, 2024**.

SO ORDERED.

*[Signature]* 10/17/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE