UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JUAN DELVALLE and KYMBERLEA :
DURANT, individually and on behalf of all :
others similarly situated, :
:
: 24-CV-6163 (VEC)
Plaintiff, :
: ORDER
-against- :
:
:
THE COCA-COLA COMPANY, :
:
:
Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 6, 2024, the parties appeared before the Court for an initial pretrial conference.

IT IS HEREBY ORDERED that, for the duration of discovery, the parties must file a joint letter on the **15th day of each month** (or the first business day thereafter, if the 15th day of the month is a weekend or holiday) apprising the Court of the status of discovery. The first joint letter is due **Wednesday, January 15, 2025**. Each joint letter must not exceed three pages. If discovery disputes arise, the parties must follow the protocol set forth in Section 3(B) of the Undersigned's Individual Practices in Civil Cases.

IT IS FURTHER ORDERED that the parties must appear for a status conference on **Friday, June 27, 2025, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties must substantially complete fact discovery by that date. The pre-conference joint letter, described in Paragraph 10 of the Civil Case Management Plan and Scheduling Order, is due **Thursday, June 20, 2025**.

**SO ORDERED.**

Date:  **December 6, 2024**
          **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**