



**www.pbwt.com**

June 16, 2025

Steven Zalesin
(212) 336-2110
sazalesin@pbwt.com

**BY ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2025

Re:  *Delvalle et al. v. The Coca-Cola Company*, No. 24-CV-6163

Dear Judge Caproni:

      We represent defendant The Coca-Cola Company ("Coca-Cola") in the above-referenced matter.  I am writing to respectfully request an adjournment of the upcoming pretrial conference, currently scheduled for Friday, June 27, 2025, due to a scheduling conflict with a hearing out of state in another matter. Plaintiffs' counsel consents to this request.

      Counsel for both parties are available to appear for the conference any day between July 7, 2025 and July 10, 2025, or on July 16th, 2025, should the Court's schedule permit.

      Thank you for your consideration of this request.

Respectfully submitted,

Steven A. Zalesin

---

The conference scheduled for June 27, 2025, is ADJOURNED to **Friday, July 25, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  The pre-conference joint letter is due **July 17, 2025**.

SO ORDERED.

6/18/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222