UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JUAN DELVALLE and KYMBERLEA DURANT, individually and on behalf of all others similarly situated,

                     Plaintiff,

          -against-

THE COCA-COLA COMPANY,

                    Defendant.
-------------------------------------------------------------- X

24-CV-6163 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 25, 2025, the parties appeared for a conference.

    IT IS HEREBY ORDERED that Plaintiffs must move for class certification not later than **Friday, September 19, 2025**. Responses are due **Friday, October 24, 2025**, and replies are due **Friday, November 14, 2025**.

**SO ORDERED.**

Date: July 25, 2025
      New York, New York

                                                                  **VALERIE CAPRONI**
                                                           **United States District Judge**